**Order filed March 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00011-CV

_____

**KERRY A. KILBURN AND CYNTHIA H. KILBURN, Appellants**

**V.**

**FORT BEND COUNTY DRAINAGE DISTRICT, Appellee**

**On Appeal from the County Court at Law No 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-CCV-044047**

## O R D E R

Appellant's brief was due February 28, 2013**.** No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **April 22, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM